F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

APR 25 2018

JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Illinois

Case number (if known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | ANGELA<br>First name<br><br>KAREE<br>Middle name<br><br>REED<br>Last name<br><br>N/A<br>Suffix (Sr., Jr., II, III) | TYRONE<br>First name<br><br>WILLIAM<br>Middle name<br><br>REED<br>Last name<br><br>N/A<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | ANGELA<br>First name<br><br>KAREE<br>Middle name<br><br>MARSHALL<br>Last name<br><br>First name<br><br>Middle name<br><br>Last name | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 3 0 2 4<br>OR<br>9 xx – xx – ___ ___ ___ ___ | xxx – xx – 6 1 9 1<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

Debtor 1    ANGELA KAREE REED                                    Case number *(if known)* _____
             First Name    Middle Name    Last Name

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☑ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>EIN __ __ – __ __ __ __ __ __ __<br><br>EIN __ __ – __ __ __ __ __ __ __ | ☑ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>EIN __ __ – __ __ __ __ __ __ __<br><br>EIN __ __ – __ __ __ __ __ __ __ |
| **5. Where you live** | 785 ABERDEEN DRIVE<br>Number    Street<br><br>_____<br><br>CRETE                    IL    60417<br>City                    State  ZIP Code<br><br>WILL<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number    Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                    State  ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City                    State  ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number    Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                    State  ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.)<br><br>_____<br>_____<br>_____ | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.)<br><br>_____<br>_____<br>_____ |

Debtor 1    <u>ANGELA KAREE REED</u>
First Name    Middle Name    Last Name

Case number (if known)_____

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

❏ Chapter 7

❏ Chapter 11

❏ Chapter 12

☑ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

❏ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

❏ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

❏ Yes. District _____ When _____ Case num~~ber~~ _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

❏ Yes. Debtor _____ Relationship to you _____

District _____ When _____ Case number, if known _____
MM / DD / YYYY

Debtor _____ Relationship to you _____

District _____ When _____ Case number, if known _____
MM / DD / YYYY

**11. Do you rent your residence?**

❏ No. Go to line 12.

☑ Yes. Has your landlord obtained an eviction judgment against you?

☑ No. Go to line 12.

❏ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  ANGELA KAREE REED
First Name    Middle Name    Last Name

Case number (if known)_____

## Part 3:  Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☑ Yes. Name and location of business

N/A
Name of business, if any

785 ABERDEEN DR
Number    Street

CRETE _____  IL    60417
City    State   ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:  Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
Number    Street

_____

_____
City    State   ZIP Code

Debtor 1   <u>ANGELA KAREE REED</u>
           First Name   Middle Name   Last Name

Case number *(if known)*_____

---

**Part 5:    Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  ANGELA KAREE REED
_____
First Name    Middle Name    Last Name

Case number *(if known)*_____

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

---

**17. Are you filing under Chapter 7?**

☑ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _____
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Executed on  8/24/18
MM / DD / YYYY

Executed on  04 24 2018
MM / DD / YYYY

---

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    page 6

Debtor 1    <u>ANGELA KAREE REED</u>    Case number (if known) _____
First Name    Middle Name    Last Name

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**✖** _____    Date _____
Signature of Attorney for Debtor    MM / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number    Street

_____

_____
City    State    ZIP Code

Contact phone _____    Email address _____

_____
Bar number    State

Debtor 1    ANGELA KAREE REED
_____    Case number (if known)_____
First Name    Middle Name    Last Name

---

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☑ No
☐ Yes. Name of Person_____
Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

**X** _Angela_____    **X** _____
Signature of Debtor 1    Signature of Debtor 2

Date    4/24/18    Date    04 24 2018
MM / DD / YYYY    MM / DD / YYYY

Contact phone  (773) 407-2120    Contact phone  (773) 655-8890

Cell phone    (773) 407-2120    Cell phone    (773) 655-8890

Email address  AKR5632@GMAIL.COM    Email address  TWREED90@GMAIL.COM

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:                                )

**ANGELA KAREE REED**                 )

**TYRONE W REED**                     )
                                      )          Case No.
Debtor (s)                            )
                                      )          Chapter  13
                                      )
                                      )
                                      )

List of Creditors

| | |
|---|---|
| ADVOCATE HEALTH CARE<br>PO BOX 70508<br>CHICAGO, IL 60673-0508 | BLITT AND GAINES, P.C.<br>661 GLENN AVE<br>WHEELING, IL 60090 |
| ADVOCATE MEDICAL GROUP<br>701 LEE ST<br>DES PLAINES, IL 60016 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130 |
| ALPHA RECOVER CORP<br>5660 GREENWOOD PLAZA BLVD<br>STE 101<br>GREENWOOD VILLAGE, CO 80111 | CAPITAL ONE<br>PO BOX 70886<br>CHARLOTTE, NC 28272-9903 |
| ARNOLD SCOTT HARRIS<br>111 W JACKSON BLVD<br>STE 600<br>CHICAGO, IL 60604 | CAPITAL ONE AUTO<br>PO BOX 60511<br>CITY OF INDUSTRY, CA 91716-0511 |
| ATG CREDIT<br>PO BOX 14895<br>CHICAGO, IL 60614-4895 | CARSON SMITHFIELD<br>225 W STATION SQUARE DR<br>PITTSBURGH, PA 15219 |

| | |
|---|---|
| CCI<br>501 GREENE ST<br>STE 302<br>AUGUSTA, GA 30901 | COMCAST<br>PO BOX 3001<br>SOUTHEASTER, PA 19398-3001 |
| CENTRAL CREDIT SERVICES<br>20 CORPORATE HILLS DR<br>SAINT CHARLES, MO 63301-3749 | COMCAST<br>1255 W NORTH AVE<br>CHICAGO, IL 60622 |
| CENTRAL CREDIT SERVICES<br>9550 REGENCY SQUARE BLVD<br>STE 500<br>JACKSONVILLE, FL 32225 | COMMONWEALTH EDISON<br>PO BOX 805379<br>CHICAGO, IL 60680-5379 |
| CHECK N GO<br>7755 MONTGOMERY RD<br>CINCINNATI, OH 45236 | CONVERGENT<br>800 SW 39TH ST<br>RENTON, WA 98057 |
| CITY OF CHICAGO<br>121 N LASALLE ST<br>RM 107A<br>CHICAGO, IL 60602 | CREDIT ONE<br>PO BOX 98878<br>LAS VEGAS, NV 89193-8878 |
| CITY OF CHICAGO HEIGHTS<br>PO BOX 7726<br>CAROL STREAM, IL 60197-7726 | DALEY COLLEGE<br>7500 S PULASKI RD<br>CHICAGO, IL 60652 |
| CITY OF COUNTRY CLUB HILLS<br>PO BOX 66006<br>CHICAGO, IL 60666-0006 | DISH NETWORK<br>9601 S MERIDIAN BLVD<br>ENGLEWOOD, CO 80112 |
| CMRE FINANCIAL SERVICES, INC<br>3075 E IMPERIAL HWY<br>STE 200<br>BREA, CA 92821-6753 | EOS CCA<br>700 LONGWATER DR<br>NORWELL, MA 02061 |
| COLDEBT COLLECTIONS SYSTEMS<br>8 S MICHIGAN AVE<br>#618<br>CHICAGO, IL 60603 | FEDLOAN SERVICING<br>PO BOX 69184<br>HARRISBURG, PA 17106-9184 |
| COLUMBIA COLLEGE CHICAGO<br>STUDENT FINANCIAL SERVICES<br>600 S MICHIGAN AVE<br>STE 303<br>CHICAGO, IL 60605 | FENTON & MCGARVEY LAW FIRM<br>2401 STANLEY GAULT PARKWAY<br>LOUISVILLE, KY 40223 |

Debtor 1                ANGELA KAREE REED

| | |
|---|---|
| FIDELITY LIFE<br>8700 W BRYN MAWR AVE<br>STE 9008<br>CHICAGO, IL 60631 | INGALLS MEMORIAL HOSPITAL<br>PO BOX 3397<br>CHICAGO, IL 60654-0397 |
| FINGERHUT<br>7075 FLYING CLOUD DR<br>EDEN PRAIRIE, MN 55344 | JEFFERSON CAPITAL SYSTEMS<br>16 MCLELAND RD<br>ST CLOUD, MN 56303 |
| FIRST PREMIER BANK<br>PO BOX 5524<br>SIOUX FALLS, SD 57117-5524 | KAHUNA PAYMENT SOLUTIONS<br>807 Arcadia Dr<br>Bloomington IL 61704 |
| FMA ALLIANCE LTD<br>12339 CUTTEN RD<br>HOUSTON, TX 77066 | LVNV FUNDING LLC<br>PO BOX 10497<br>GREENVILLE, SC 29603 |
| FRONTLINE ASSET STRATEGIES<br>2700 SNELLING AVE N<br>STE 250<br>ROSEVILLE, MN 55113 | MALCOLM S GERALD & ASSOCIATES<br>332 S MICHIGAN AVE<br>STE 600<br>CHICAGO, IL 60604 |
| GC SERVICES LIMITED PARTNERSHIP<br>PO BOX 3346<br>HOUSTON, TX 77253 | MERCHANTS & MEDICAL CREDIT<br>CORPORATION<br>6324 TAYLOR DRIVE<br>FLINT, MI 48507-4685 |
| HARRIS & HARRIS LTD<br>111 W JACKSON BLVD<br>STE 400<br>CHICAGO, IL 60604-4134 | MERRICK BANK<br>PO BOX 9201<br>BETHPAGE, NY 11804 |
| HRRG<br>PO BOX 8486<br>CORAL SPRINGS, FL 33075-8486 | MIDWEST TITLE LOANS<br>678 W 14TH ST<br>CHICAGO HEIGHTS, IL 60411 |
| HSN<br>PO BOX 183043<br>COLUMBUS, OH 43218-3043 | MILLENNIUM CREDIT CONSULTANTS<br>PO BOX 18160<br>WEST ST PAUL, MN 55118-0160 |
| ILLINOIS TOLLWAY<br>2700 OGDEN AVE<br>DOWNERS GROVE, IL 60515 | MUNICIPAL COLLECTIONS OF AMERICA<br>3348 RIDGE RD<br>LANSING, IL 60438-3112 |

Debtor 1          ANGELA KAREE REED

| | |
|---|---|
| MUNICIPAL COLLECTIONS SERVICE<br>PO BOX 327<br>PALOS HEIGHTS, IL 60463-0327 | SONRISA FAMILY DENTAL<br>1415 EMERALD AVE<br>CHICAGO HEIGHTS, IL 60411 |
| NELNET<br>PO BOX 82658<br>LINCOLN, NE 68501-2658 | SPRING GREEN<br>PO BOX 1529<br>PLAINFIELD, IL 60544 |
| NICOR GAS<br>PO BOX 5407<br>CAROL STREAM, IL 60197 | SPRINT<br>KS0PHT0101-Z4300<br>6391 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251-4300 |
| PALMER, REIFLER & ASSOCIATES, PA<br>1900 SUMMIT TOWER BLVD<br>STE 820<br>ORLANDO, FL 32810-5951 | TCF BANK<br>801 MARQUETTE AVE<br>MINNEAPOLIS, MN 55402 |
| PALOMAR ASSOCIATES<br>PO BOX 2549<br>CARLSBAD, CA 92018-2549 | THE SMILE GROUP<br>2400 CHICAGO RD<br>CHICAGO HEIGHTS, IL 60411 |
| PEOPLE'S GAS<br>PO BOX 19100<br>GREEN BAY, WI 54307-9100 | VALENTINE & KEBARTAS, LLC<br>PO BOX 325<br>LAWRENCE, MA 01842 |
| PNC BANK<br>PO BOX 609<br>PITTSBURGH, PA 15230 | VILLAGE OF SOUTH CHICAGO HEIGHTS<br>3317 CHICAGO RD<br>SOUTH CHICAGO HEIGHTS, IL 60411 |
| QVC<br>1200 WILSON DR<br>WEST CHESTER, PA 19380 | WESTERN GOVERNORS UNIVERSITY<br>4001 S 700 E<br>STE 700<br>SALT LAKE CITY, UT 84107-2533 |
| RADIOLOGY IMAGING CONSULTANTS<br>75 REMITTANCE DR<br>DEPT 1254<br>CHICAGO, IL 60675-1254 | WIDE OPEN WEST<br>825 E 99TH ST<br>CHICAGO, IL 60628 |
| RUSHMORE SERVICE CENTER<br>PO BOX 5508<br>SIOUX FALLS, SD 57117-5508 | Direct TV<br>Po Box 5001<br>Carol Stream, IL 60197-5007 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | ANGELA KAREE REED |
| | First Name          Middle Name          Last Name |
| Debtor 2 | TYRONE WILLIAM REED |
| (Spouse, if filing) | First Name          Middle Name          Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number _____
(If known)

☐ Check if this is an
amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

|  | | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from *Schedule A/B* .......................... | $ 0.00 |
| | 1b. Copy line 62, Total personal property, from *Schedule A/B* .......................... | $ 1509700 |
| | 1c. Copy line 63, Total of all property on *Schedule A/B* .......................... | $ 1509700 |

### Part 2:  Summarize Your Liabilities

|  | | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ........... | $ 3246.17 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* .......................... | $ 3260.55 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* .......................... | + $ 145406.05 |
| | | Your total liabilities   $ 151,912.77 |

### Part 3:  Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* .......................... | $ 3299.57 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* .......................... | $ 2677.00 |

Debtor 1    ANGELA KAREE REED
_____
First Name    Middle Name    Last Name

Case number (if known)_____

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☑ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

$ 3578.98

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 3260.55 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 119,711.77 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0 |
| 9g. **Total.** Add lines 9a through 9f. | $ 122,972.32 |

**Fill in this information to identify your case and this filing:**

Debtor 1    ANGELA KAREE REED
First Name    Middle Name    Last Name

Debtor 2    TYRONE WILLIAM REED
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number _____

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☑ No. Go to Part 2.
   ☐ Yes. Where is the property?

**1.1.** _____
Street address, if available, or other description

_____

_____
City    State    ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$_____    $_____ 0.00

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

**Other information you wish to add about this item, such as local property identification number:** _____

If you own or have more than one, list here:

**1.2.** _____
Street address, if available, or other description

_____

_____
City    State    ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$_____    $_____

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

**Other information you wish to add about this item, such as local property identification number:** _____

Debtor 1    ANGELA KAREE REED
            First Name    Middle Name    Last Name                                  Case number (if known)_____

1.3. _____
     Street address, if available, or other description

     _____

     _____

     _____
     City              State    ZIP Code

     _____

     _____
     County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?        Current value of the portion you own?
$_____                                $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
_____

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ......................................... →   $ n/a

---

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
☐ No
☑ Yes

3.1. Make:              FORD
     Model:             FOCUS
     Year:              2007
     Approximate mileage: 194000
     Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?        Current value of the portion you own?
$ 3025.00                                     $ 3025.00

If you own or have more than one, describe here:

3.2. Make:              CHRYSLER
     Model:             PT CRUISER
     Year:              2001
     Approximate mileage: 165000
     Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?        Current value of the portion you own?
$ 2325.00                                     $ 2325.00

---

Debtor 1    ANGELA KAREE REED
      First Name    Middle Name       Last Name

Case number (if known)_____

---

3.3.  Make:  _____

      Model:  _____

      Year:  _____

      Approximate mileage:  _____

      Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

$_____   $_____

3.4.  Make:  _____

      Model:  _____

      Year:  _____

      Approximate mileage:  _____

      Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

$_____   $_____

---

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

4.1.  Make:  _____

      Model:  _____

      Year:  _____

      Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

$_____   $_____

If you own or have more than one, list here:

4.2.  Make:  _____

      Model:  _____

      Year:  _____

      Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

$_____   $_____

---

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ................................................→

$ 535000

---

Official Form 106A/B          **Schedule A/B: Property**          

Debtor 1    ANGELA KAREE REED
First Name    Middle Name    Last Name

Case number (if known)_____

| **Part 3:** | **Describe Your Personal and Household Items** |

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes. Describe.......... REFRIGERATOR, DISHWASHER, RANGE, (2) DOUBLE BEDS, (1) QUEEN BED
$          2,000.00

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☒ Yes. Describe.......... (4) TELEVISIONS, (2) GAME CONSOLES, (2) DESKTOP COMPUTERS, (1) PRINTER, (4) CELL PHONES
$          2,500.00

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☒ No
☐ Yes. Describe..........
$

9. **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☒ No
☐ Yes. Describe..........
$

10. **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☒ No
☐ Yes. Describe..........
$

11. **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☒ Yes. Describe.......... NECESSARY WEARING APPAREL
$          500.00

12. **Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☒ No
☐ Yes. Describe..........
$

13. **Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
☐ Yes. Describe.......... 6 Y.O. AMERICAN BULLDOG
$          150.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**
☐ No
☐ Yes. Give specific information. ..............
$

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** →
$          5,150.00

Debtor 1    ANGELA KAREE REED
First Name    Middle Name    Last Name    Case number *(if known)*_____

| Part 4: | Describe Your Financial Assets |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**

Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes ..................................................................................................................................    Cash: ...............    $_____0.00

17. **Deposits of money**

Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes .....................

Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | CHASE BANK | $_____220.00 |
| 17.2. Checking account: | PNC BANK | $_____420.00 |
| 17.3. Savings account: | CHASE BANK | $_____385.00 |
| 17.4. Savings account: | BANK OF AMERICA | $_____173.00 |
| 17.5. Certificates of deposit: | | $_____ |
| 17.6. Other financial account: | BANK OF AMERICA | $_____508.00 |
| 17.7. Other financial account: | | $_____ |
| 17.8. Other financial account: | | $_____ |
| 17.9. Other financial account: | | $_____ |

18. **Bonds, mutual funds, or publicly traded stocks**

Examples: Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes .................

Institution or issuer name:

| | |
|---|---|
| SHAREBUILDER | $_____45.00 |
| | $_____ |
| | $_____ |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them......................

| Name of entity: | % of ownership: | |
|---|---|---|
| | 0%____ % | $_____ |
| | 0%____ % | $_____ |
| | 0%____ % | $_____ |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific
information about
them......................

Issuer name:

| | |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

☑ Yes. List each
account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | CHARLES SCHWAB | $ 690.00 |
| Pension plan: | _____ | $ _____ |
| IRA: | _____ | $ _____ |
| Retirement account: | _____ | $ _____ |
| Keogh: | _____ | $ _____ |
| Additional account: | _____ | $ _____ |
| Additional account: | _____ | $ _____ |

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes......................

| Institution name or individual: | |
|---|---|
| Electric: | _____ | $ _____ |
| Gas: | _____ | $ _____ |
| Heating oil: | _____ | $ _____ |
| Security deposit on rental unit: | _____ | $ _____ |
| Prepaid rent: | _____ | $ _____ |
| Telephone: | _____ | $ _____ |
| Water: | _____ | $ _____ |
| Rented furniture: | _____ | $ _____ |
| Other: | _____ | $ _____ |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes......................

Issuer name and description:

| | |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

Debtor 1   ANGELA KAREE REED
First Name   Middle Name   Last Name

Case number (if known)_____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes .................................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____ $_____
_____ $_____
_____ $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them.... [                    ] $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them.... [                    ] $_____

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No

☑ Yes. Give specific information about them.... | IL REAL ESTATE BROKER LICENSE 475.176522 | $ 150.00

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☐ No

☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...................... | 2016 IL AMENDED TAXES-NOT FILED
2017 IL TAXES-FILED 4/17/2018 | Federal: $_____
State: $ 1,671.00
Local: $_____

29. **Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information............. | | Alimony: $_____
Maintenance: $_____
Support: $_____
Divorce settlement: $_____
Property settlement: $_____

30. **Other amounts someone owes you**
*Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information............. | | $_____

Debtor 1 _ANGELA KAREE REED_   Case number (if known)_____
First Name   Middle Name   Last Name

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company
of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $_____ |
| | | $_____ |
| | | $_____ |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information..............   [ ]   $_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ...................   [ ]   $_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ...................   [ ]   $_____

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information............   [ ]   $_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ➔   $_____4,262.00

---

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☐ No

☐ Yes. Describe.......   REDFIN EVENTS PERFORMED   $_____335.00

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe.......   [ ]   $_____

---

Debtor 1    ANGELA KAREE REED

First Name    Middle Name    Last Name

Case number (if known)_____

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe ........    [_____]    $_____

**41. Inventory**

☑ No

☐ Yes. Describe ......    [_____]    $_____

**42. Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe ........    Name of entity:    % of ownership:

_____    _____ %    $_____

_____    _____ %    $_____

_____    _____ %    $_____

**43. Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

☐ No

☐ Yes. Describe ........    [_____]    $_____

**44. Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
information .........    _____    $_____

_____    $_____

_____    $_____

_____    $_____

_____    $_____

_____    $_____

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** .................................................................................    ➔    $_____335.00

---

**Part 6:**    **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

Current value of the
portion you own?
Do not deduct secured claims
or exemptions.

**47. Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☐ No

☐ Yes .................    [_____]    $_____

Debtor 1    ANGELA KAREE REED
First Name    Middle Name    Last Name

Case number (if known)_____

48. **Crops—either growing or harvested**
- ☐ No
- ☐ Yes. Give specific information. ..........

$_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
- ☐ No
- ☐ Yes ...........

$_____

50. **Farm and fishing supplies, chemicals, and feed**
- ☐ No
- ☐ Yes ...........

$_____

51. **Any farm- and commercial fishing-related property you did not already list**
- ☐ No
- ☐ Yes. Give specific information. ..........

$_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** .......................................................→ $_____

## Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
- ☑ No
- ☐ Yes. Give specific information. ..........

$_____
$_____
$_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................→ $_____0.00_____

## Part 8:  List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 .......................................................→ $_____0.00_____

56. Part 2: Total vehicles, line 5      $_____5,350.00_____

57. Part 3: Total personal and household items, line 15      $_____5,150.00_____

58. Part 4: Total financial assets, line 36      $_____4,262.00_____

59. Part 5: Total business-related property, line 45      $_____335.00_____

60. Part 6: Total farm- and fishing-related property, line 52      $_____0.00_____

61. Part 7: Total other property not listed, line 54      + $_____0.00_____

62. **Total personal property.** Add lines 56 through 61. ....................    $_____15,097.00_____  Copy personal property total → + $_____15,097.00_____

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ..................................................    $_____15,097.00_____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | ANGELA KAREE REED | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | TYRONE WILLIAM REED | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| **Part 1:** | **Identify the Property You Claim as Exempt** |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Accounts Receivable<br>Line from *Schedule A/B*: 38 | $ 235.00 | ☑ $ 284.75<br>☐ 100% of fair market value, up to any applicable statutory limit | 740-170/4 |
| Brief description: Broker's License<br>Line from *Schedule A/B*: 27 | $ 150.00 | ☑ $ 150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 - 5/12 -1001 (d) |
| Brief description: Retirement Acct<br>Line from *Schedule A/B*: 21 | $ 690.00 | ☑ $ 690.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735- 5/12 -1001 (b) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No
       ☐ Yes

Debtor 1  __ANGELA KAREE REED__
First Name    Middle Name    Last Name

Case number (if known) _____

**Part 2:   Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Investment Acct<br>Line from *Schedule A/B*: 18 | $ 45.00 | ☐ $ 45.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735-5/12-1001 (b) |
| Brief description: Deposit Acct<br>Line from *Schedule A/B*: 17 | $ 1706.00 | ☐ $ 1706.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735-5/12-1001 (b) |
| Brief description: Non farm animal<br>Line from *Schedule A/B*: 13 | $ 150.00 | ☑ $<br>☑ 100% of fair market value, up to any applicable statutory limit | 735-5/12-1001 (b) |
| Brief description: Clothes<br>Line from *Schedule A/B*: 11 | $ 500.00 | ☐ $<br>☑ 100% of fair market value, up to any applicable statutory limit | 735-5/12-1001 (a) |
| Brief description: Electronics<br>Line from *Schedule A/B*: 7 | $ 2500.00 | ☐ $<br>☑ 100% of fair market value, up to any applicable statutory limit | 735-5/12-1001 (b) |
| Brief description: Household goods<br>Line from *Schedule A/B*: 6 | $ 2000.00 | ☐ $<br>☑ 100% of fair market value, up to any applicable statutory limit | 735-5/12-1001 (b) |
| Brief description: 2001 PT Cruiser<br>Line from *Schedule A/B*: 3.2 | $ 2325.00 | ☐ $<br>☑ 100% of fair market value, up to any applicable statutory limit | 735-5/12-1001 (c) |
| Brief description: 2007 Ford Focus<br>Line from *Schedule A/B*: 3.1 | $ 3025.00 | [ $<br>☑ 100% of fair market value, up to any applicable statutory limit | 735-5/12-1001 (c)<br>735-5/12-1001 (b) |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | *Angela Karee Reed* |
| | First Name    Middle Name    Last Name |
| Debtor 2 | *Tyrone William Reed* |
| (Spouse, if filing) First Name    Middle Name    Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|
| **2.1** | **Describe the property that secures the claim:** | $ 2847.83 | $ 3025 00 | $ 0 |

**2.1**

Creditor's Name: *Capital One Auto Finance*

*7933 Preston Rd*
Number    Street

*Plano    TX    75024*
City    State    ZIP Code

**Describe the property that secures the claim:**

*2007 Ford Focus SE*
*VIN 1FAHP34N77W192150*

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred *08/13/2011*

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number *0 9 1 8*

**2.2**

Creditor's Name: *Midwest Title Loan*

*678 W 14th St*
Number    Street

*Chicago Heights IL 60411*
City    State    ZIP Code

**Describe the property that secures the claim:**

*2001 Chrysler PT Cruiser*

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred *06/10/2017*

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number *2 6 3 6*

| | | Column A Amount of claim | Column B | Column C |
|---|---|---|---|---|
| **2.2** | | $ 398.34 | $ 2325 00 | $ 0 |

Add the dollar value of your entries in Column A on this page. Write that number here: $ *3246.17*

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Angela Karee Reed |
| | First Name   Middle Name   Last Name |
| Debtor 2 | Tyrone William Reed |
| (Spouse, if filing) | First Name   Middle Name   Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(If known)

☐ Check if this is an
amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** City of Chicago-Dept of Finance

Priority Creditor's Name

PO Box 6289
Number      Street

Chicago          IL   60680-6289
City                 State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  5 3 6 4      $ 122.79   $ 122.79   $ 0

When was the debt incurred?  02/13/2013

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2** City of Chicago - Dept of Finance

Priority Creditor's Name

PO Box 6289
Number      Street

Chicago          IL   60680-6289
City                 State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  1 6 1      $ 216.61   $ 216.61   $ 0

When was the debt incurred?  08/12/2013

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1  _Angela Karee Ross_
First Name  Middle Name  Last Name

Case number (if known) _____

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.3**

City of Chicago - Dept of Finance
Priority Creditor's Name

P O Box 6289
Number      Street

Chicago   IL   60680 - 6289
City      State   ZIP Code

Last 4 digits of account number  8  8  7  3      $ 244.00   $ 244.00   $ 0

When was the debt incurred?  05/08/2010

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.4**

City of Chicago - Dept of Finance
Priority Creditor's Name

P O Box 6289
Number      Street

Chicago   IL   60680-6289
City      State   ZIP Code

Last 4 digits of account number  7  3  3  6      $ 30.50   $ 30.50   $ 0

When was the debt incurred?  09/17/2010

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.5**

City of Chicago - Dept of Finance
Priority Creditor's Name

P O Box 6289
Number      Street

Chicago   IL   60680-6289
City      State   ZIP Code

Last 4 digits of account number  8  1  3  9      $ 30.50   $ 30.50   $ 0

When was the debt incurred?  09/24/2010

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1   *Angela Karen Reed*
_____
First Name    Middle Name    Last Name

Case number (if known)_____

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.6**

City of Chicago - Dept of Finance
_____
Priority Creditor's Name

P O Box 6289
_____
Number    Street

_____

Chicago    IL    60680-6289
_____
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   2  3  6  0      $ 106.75    $ 106.75    $ 0

When was the debt incurred?   04/11/11

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**2.7**

City of Chicago - Dept of Finance
_____
Priority Creditor's Name

P O Box 6289
_____
Number    Street

_____

Chicago    IL    60680 - 6289
_____
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   2  9  9  4      $ 292.80    $ 292.80    $ 0

When was the debt incurred?   09/09/2011

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**2.8**

City of Chicago - Dept of Finance
_____
Priority Creditor's Name

P O Box 6289
_____
Number    Street

_____

Chicago    IL    60680 6289
_____
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   9  1  9  4      $ 60.00    $ 60.00    $ 0

When was the debt incurred?   02/08/2012

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

Debtor 1   *Angela Karen Reed*
First Name   Middle Name   Last Name

Case number *(if known)*_____

## Part 1:   Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.9**

Priority Creditor's Name: *City Colleges of Chicago - Daley*

Last 4 digits of account number  5  8  9  7   $639.00   $639.00   $0

*7500 S Pulaski Road*
Number   Street

When was the debt incurred? 06/27/2007

*Chicago      IL    60652*
City            State    ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**30**

Priority Creditor's Name: *City of Chicago Heights*

Last 4 digits of account number  H  9  0  3   $200.00   $100.00   $100.00

*PO Box 7726*
Number   Street
1

When was the debt incurred? 04/24/2017

*Carol Stream  IL  60197-7726*
City            State    ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**31**

Priority Creditor's Name: *City of Country Club Hills*

Last 4 digits of account number  D  P  9  Y   $100.00   $100.00   $0

*PO Box 660006*
Number   Street

When was the debt incurred? 03/22/2014

*Chicago      IL    60666-0006*
City            State    ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 106E/F            Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1    Angela Karee Reed
          First Name    Middle Name    Last Name

Case number *(if known)*_____

---

**Part 1:    Your PRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**3.2** Village of South Chicago Heights
Priority Creditor's Name

3317 Chicago Rd
Number    Street

South Chicago Heights    IL  60411
City    State    ZIP Code

Last 4 digits of account number  8  2  6  5    $ 270.00    $ 270.00    $ 0

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** Illinois Tollway
Priority Creditor's Name

P O Box 5544
Number    Street

Chicago   IL  60680 - 5544
City    State    ZIP Code

Last 4 digits of account number  4  0  9  7    $ 1287.00    $ 1287.00    $ 0

When was the debt incurred?  01/2017 - 04/2018

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Priority Creditor's Name

Number    Street

City    State    ZIP Code

Last 4 digits of account number  __ __ __ __    $_____    $_____    $_____

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor 1    *Angela Karee Reed*
    First Name    Middle Name    Last Name

Case number (if known)_____

---

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**4.1**

Nonpriority Creditor's Name: *Advocate Health Care*

Number   Street: *Po Box 70508*

City: *Chicago*   State: *IL*   ZIP Code: *60673 - 0508*

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   *7  1  3  6*

**Total claim** $ *1226.40*

When was the debt incurred? *06/20/13 - 06/21/2013*

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify *medical*

---

**4.2**

Nonpriority Creditor's Name: *Advocate Medical Group*

Number   Street: *Po Box 92523*

City: *Chicago   IL*   State:   ZIP Code: *60675 - 2523*

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   *5  2  2  0*

$ *614.00*

When was the debt incurred? *06/20/2013*

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify *medical*

---

**4.3**

Nonpriority Creditor's Name: *BMO Harris Bank*

Number   Street: *1200 E Warrenville Rd 3C*

City: *Naperville   IL*   State:   ZIP Code: *60563*

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   *5  6  0  3*

$ *270.16*

When was the debt incurred? *12/18/2017*

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify *consumer*

---

Debtor 1   ___Angela Renee Reed___
First Name   Middle Name   Last Name

Case number *(if known)*_____

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

### 4.4

Capital One Bank

Nonpriority Creditor's Name

P O Box 71083

Number   Street

Charlotte   NC   28272-1083

City   State   ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  2 2 4 8

When was the debt incurred?  02/01/2011 – 08/24/2016

$2179.52

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify ___consumer___

### 4.5

Capital One Bank

Nonpriority Creditor's Name

P O Box 71083

Number   Street

Charlotte   NC   28272-1083

City   State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  2 6 4 5

When was the debt incurred?  1/11/2008 – 08/24/2009

$549.80

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify ___consumer___

### 4.6

Check N Go

Nonpriority Creditor's Name

7755 Montgomery Rd

Number   Street

Cincinnati   OH   45236

City   State   ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  7 8 1 0

When was the debt incurred?  11/02/2017

$190.57

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify ___consumer___

Debtor 1    Angela Karee Reed
            First Name    Middle Name    Last Name

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

---

**4.1** Columbia College Chicago
Nonpriority Creditor's Name

600 S Michigan Ave   Ste 303
Number   Street

Chicago          IL       60605
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

Last 4 digits of account number  3  7  3  6       $ 4365.02

When was the debt incurred?  05/2006

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  Consumer

---

**4.2** Comcast
Nonpriority Creditor's Name

1701 JFK Blvd
Number   Street

Philadelphia    PA     19103
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

Last 4 digits of account number  3  5  3  1       $ 1020.38

When was the debt incurred?  10/2011

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  Consumer

---

**4.3** Comcast
Nonpriority Creditor's Name

1701 JFK Blvd
Number   Street

Philadelphia    PA     19103
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [✓] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

Last 4 digits of account number  2  5  1  9       $ 557.93

When was the debt incurred?  01/2017 - 04/2018

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify  Consumer

---

Debtor 1  *Angela Karee Reed*

First Name   Middle Name   Last Name

Case number *(if known)*_____

**Part 2:**  **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

---

**5.0**  *Commonwealth Edison*

Nonpriority Creditor's Name

*P O Box  805379*

Number    Street

*Chicago*          *IL*    *60680-5379*

City                State   ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  6 0 5 1

When was the debt incurred?  *4/2017 - 4/2018*

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  *Consumer*

$ 811.68

---

**5.1**  *Credit One*

Nonpriority Creditor's Name

*PO Box  98878*

Number    Street

*Las Vegas   NV   89193-8878*

City                State   ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  1 3 2 5

When was the debt incurred?  *06/08/2015 - 11/30/2016*

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  *Consumer*

$ 778.21

---

**5.2**  *Direct TV*

Nonpriority Creditor's Name

*P O Box  5007*

Number    Street

*Carol Stream   IL  60197-5007*

City                State   ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  2 0 3 7

When was the debt incurred?  *03/06/2018 - 05/20/2018*

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  *Consumer*

$ 403.81

---

Debtor 1   _Angela Renee Reed_
First Name   Middle Name   Last Name

Case number (if known)_____

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**5.3** Dish Network
Nonpriority Creditor's Name
9601 S Meridian Blvd
Number   Street
Englewood   CO   80112
City   State   ZIP Code

Last 4 digits of account number  3 _ 7 _ 7 _ 8

When was the debt incurred?  _____

$ 873.18

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Consumer

---

**5.4** Fed Loan Servicing
Nonpriority Creditor's Name
Po Box 530210
Number   Street
Atlanta   GA   30353-0210
City   State   ZIP Code

Last 4 digits of account number  9 _ 3 _ 9 _ 4

When was the debt incurred?  10/16/2010

$ 30,411.48

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify_____

---

**5.5** Fidelity Life
Nonpriority Creditor's Name
8700 W Bryn Mawr Ave Ste 900S
Number   Street
Chicago   IL   60680-5
City   State   ZIP Code

Last 4 digits of account number  3 _ 0 _ 8 _ 6

When was the debt incurred?  09/05/2016

$ 100.00

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Consumer

---

Official Form 106E/F   Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1 *Angela Karee Reed*
First Name   Middle Name   Last Name

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**5.6** 

Fingerhut
Nonpriority Creditor's Name

7075 Flying Cloud Dr
Number   Street

Eden Prairie   MN   55344
City   State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  2  8  7  4
When was the debt incurred?   05/31/2015 - 01/19/2017

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Consumer

$ 259.37

**5.7**

First Premier Bank
Nonpriority Creditor's Name

PO Box 5524
Number   Street

Sioux Falls   SD   57117-5524
City   State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  9  5  1  4
When was the debt incurred?   10/10/2013 - 07/13/2016

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Consumer

$ 1042.46

**5.8**

First Premier Bank
Nonpriority Creditor's Name

P O Box 5524
Number   Street

Sioux Falls   SD   57117-5524
City   State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  1  6  5  4
When was the debt incurred?   11/23/2015 - 07/13/2016

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Consumer

$ 837.23

Debtor 1   Angela Karee Reed

First Name   Middle Name   Last Name

Case number (if known)

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**59** HSN

Nonpriority Creditor's Name

PO Box 183043

Number   Street

Columbus   OH   43218-3043

City   State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  5  1  6  7

$ 578.94

When was the debt incurred?  8/14/2016

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  consumer

---

**60** Ingalls Memorial Hospital

Nonpriority Creditor's Name

PO Box 3397

Number   Street

Chicago   IL   60654-0397

City   State   ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number  1  1  0  1

$ 533.05

When was the debt incurred?  10/18/2015

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  medical

---

**6.1** Merrick Bank

Nonpriority Creditor's Name

PO Box 9201

Number   Street

Bethpage   NY   11804

City   State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  9  9  4  9

$ 1461.93

When was the debt incurred?  02/25/2015 - 07/31/2016

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  consumer

---

Debtor 1  Angela Karee Read

First Name   Middle Name   Last Name

Case number (if known)_____

---

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

---

**6.2**  Helnet

Nonpriority Creditor's Name

PO Box  82658

Number    Street

Lincoln   NE   68501-2658

City      State    ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

Last 4 digits of account number  5 6 4 1

When was the debt incurred?  09/01/2016 – 04/31/2017

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify_____

$ 89300.29

---

**6.3**  Nicor Gas

Nonpriority Creditor's Name

1844 Ferry Rd

Number    Street

Naperville   IL   60563

City      State    ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  4 6 0 2

When was the debt incurred?  04/2017–04/2018

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Utility

$ 635.30

---

**6.4**  People's Gas

Nonpriority Creditor's Name

PO Box 19100

Number    Street

Green Bay   WI   54307-9100

City      State    ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

Last 4 digits of account number  7 9 0 1

When was the debt incurred?  10/08/2013

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Utility

$ 925.27

---

Debtor 1    Angela Karee Reed

First Name    Middle Name    Last Name

Case number *(if known)* _____

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

| | |

**[65]**

PNC Bank

Nonpriority Creditor's Name

PO Box 609

Number    Street

Pittsburgh    PA    15230-9738

City    State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number  7 9 9 5

When was the debt incurred?  10/10/2017

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Consumer

$ 401.06

**[66]**

QVC

Nonpriority Creditor's Name

1200 Wilson Dr

Number    Street

West Chester    PA    19380

City    State    ZIP Code

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number  6 6 1 6

When was the debt incurred?  2016

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Consumer

$ 265.94

**[67]**

QVC

Nonpriority Creditor's Name

1200 Wilson Dr

Number    Street

West Chester    PA    19380

City    State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number  3 9 0 6

When was the debt incurred?  2016

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Consumer

$ 156.88

Debtor 1 _Angela Karee Redd_____
         First Name   Middle Name   Last Name

Case number _(if known)_____

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.8** Radiology Imaging Consultants

Nonpriority Creditor's Name

75 Remittance Dr Dept 1254
Number   Street

Chicago            IL      60675-1254
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _C O R I_

When was the debt incurred? 05/2015 - 10/2015

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _medical_

$ 215.00

---

**4.9** The Smile Group

Nonpriority Creditor's Name

806 Central Ave  #201
Number   Street

Highland Park    IL    60035
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _0 0 4 9_

When was the debt incurred? 7/3/2017 - 7/13/2017

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _medical_

$ 218.40

---

**4.10** Sonrisa Family Dental

Nonpriority Creditor's Name

1415 Emerald Ave
Number   Street

Chicago Heights  IL   60411
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _4 2 3 5_

When was the debt incurred? 03/04/2014

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _medical_

$ 50.00

---

Debtor 1  Angela Karee Reed

First Name    Middle Name    Last Name

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**7.1** Spring Green

Nonpriority Creditor's Name

P O Box 1529

Number    Street

Plainfield    IL    60544

City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  6  9  7  1

When was the debt incurred?  06/16/2014 – 07/30/2015

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Consumer

$287.09

---

**7.2** TCF Bank

Nonpriority Creditor's Name

801 Marquette Ave

Number    Street

Minneapolis    MN    55402

City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Consumer

$296.69

---

**7.3** Western Governors University

Nonpriority Creditor's Name

4001 S 700 East  Ste 700

Number    Street

Salt Lake City    UT    84107-2533

City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  2  9  8  3

When was the debt incurred?  2012

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Consumer

$9363+

---

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 16 of 25

Debtor 1  Angela Karee Lee

First Name    Middle Name    Last Name

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

**4.4** Wide Open West

Nonpriority Creditor's Name

825 E 99th St

Number    Street

Chicago          IL        60028

City                State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  2 0 2 0

When was the debt incurred?  2011

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _Consumer_

$389.26

**4.5** American Musical Supply

Nonpriority Creditor's Name

65 Greenwood Ave

Number    Street

Midland Park     NJ      07432

City                State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  7 5 2 0

When was the debt incurred?  3/10/2010 - 4/23/2010

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _Consumer_

$428.32

**4.6** Kahuna Payment Solutions

Nonpriority Creditor's Name

807 Arcadia Dr

Number    Street

Bloomington     IL      61704

City                State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  P 3 7 0

When was the debt incurred?  2012

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _Consumer_

$907.09

Debtor 1  _Angela Korec Reed_
First Name   Middle Name   Last Name

Case number (if known)_____

## Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

### 1.7  Sullivan Urgent Aid Center
Nonpriority Creditor's Name

19550 Governors Hwy
Number      Street

Flossmoor        IL      60422
City                State   ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  7  9  4  7      $ 483.00

When was the debt incurred?  04/26/2015

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  _medical_

### 1.8  Sullivan Urgent Aid Center
Nonpriority Creditor's Name

19550 Governors Hwy
Number      Street

Flossmoor        IL      60422
City                State   ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  9  2  7  1      $ 324.00

When was the debt incurred?  10/18/2015

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  _medical_

### 
Nonpriority Creditor's Name

Number      Street

City                State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number  ___  ___  ___  ___      $_____

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify_____

Debtor 1   _Eugene Karol Reed_
First Name   Middle Name   Last Name

Case number _(if known)_ _____

## Part 3:    List Others to Be Notified About a Debt That You Already Listed

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

ACC International
Name

919 Estes Ct
Number   Street


Schaumburg          IL   60193-4436
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 7.2 of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                          ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  4  9  2  6

---

Alpha Recovery Systems
Name

5660 Greenwood Plaza Blvd
Number   Street

Ste 101

Greenwood Village, CO  80111
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 5.4 of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                          ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number  5  3  2  6

---

Arnold Scott Harris
Name

111 W Jackson Blvd
Number   Street

Ste 600

Chicago        IL   60004-4135
City           State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 2.1-2.8 of  (Check one):  ☑ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number  5  5  4  6

---

Arnold Scott Harris
Name

111 W Jackson Blvd
Number   Street

Ste 600

Chicago      IL   60004-4135
City         State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 2.1-2.8 of  (Check one):  ☑ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number  9  1  6  9

---

Account Resolution Services
Name

PO Box 459079
Number   Street


Sunrise   FL   33345-9079
City      State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line ____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                           ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number ___ ___ ___ ___

---

ATG Credit LLC
Name

PO Box 14895
Number   Street


Chicago   IL   60614-4895
City      State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.7 of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                          ☑ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number  3  7  3  6

---

Blitt and Gaines
Name

661 Glenn Ave
Number   Street


Wheeling   IL   60090
City       State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.4 of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                          ☑ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number  2  2  4  8

---

Debtor 1 _Angela Karee Reed_
First Name   Middle Name   Last Name

Case number (if known)_____

**Part 3:** List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Carson Smithfield LLC
Name

P O Box 9216
Number   Street

Old Bethpage NY 11804
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 6.1 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 9 9 4 9

---

Contract Callers Inc
Name

501 Green St
Number   Street

3rd Fl   Ste 302

Augusta GA 30901
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 6.4 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number 7 9 0 1

---

Central Credit Services
Name

20 Corporate Hills Dr
Number   Street

Saint Charles MO 63301-3749
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 5.8 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number 3 6 0 3

---

CMRE Financial Services
Name

3075 E Imperial Hwy
Number   Street

Ste 200

Brea CA 92821-6753
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 6.8 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number 7 7 8 8

---

Convergent
Name

800 SW 39th St
Number   Street

Renton WA 98057
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 53 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number 6 7 6 4

---

Coldebt Collection Systems
Name

8 S Michigan Ave
Number   Street

Chicago IL 60603
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.1 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number 7 1 3 6

---

Convergent
Name

800 SW 39th St
Number   Street

Renton WA 98057
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 5.6 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number 3 6 6 5

---

Debtor 1   Angela Karee Reed
    First Name     Middle Name     Last Name

Case number *(if known)*_____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

Credit Management LP
Name

4200 International Pkwy
Number    Street

Carrollton   TX   75007-1912
City       State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 7.4 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 2 0 2 0

---

EOS CCA
Name

700 Longwater Dr
Number    Street

Norwell   MA   02061
City       State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.8 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 3 3 4 4

---

FBCS Services
Name

330 S Warminster Rd
Number    Street

Ste 353

Hatboro   PA   19040
City       State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 6.1 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 2 8 2 9

---

Fenton + McGarvey
Name

2401 Stanley Gault Pkwy
Number    Street

Louisville   KY   40223
City       State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 5.9 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 8 3 1 4

---

FMA Alliance
Name

12339 Cutten Rd
Number    Street

Houston   TX   77066
City       State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 6.6 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 6 6 1 6

---

FMA Alliance
Name

12339 Cutten Rd
Number    Street

Houston   TX   77066
City       State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 6.7 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 3 9 0 6

---

Frontline Asset Strategies
Name

2700 Snelling Ave N
Number    Street

Ste 250

Roseville   MN   55113
City       State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 5.1 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 1 2 6 1

---

Official Form 106E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 21 of 25

Debtor 1 Angela Karee Reed
First Name    Middle Name    Last Name    Case number (if known)_____

**Part 3: List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

GC Services Limited Partnership
Name
P O Box 3346
Number    Street

Houston        TX    77253
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 6.7 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 0 3 4 6

---

GC Services Limited Partnership
Name
P O Box 3346
Number    Street

Houston        TX    77253
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 6.6 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 2 9 1 4

---

Harris + Harris
Name
111 W Jackson Blvd
Number    Street
Ste 400

Chicago        IL    60604-4840
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 6.4 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 2 2 2 1

---

HRRG
Name
P O Box 5406
Number    Street

Cincinati        OH    45273-7942
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 7.8 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 4 9 5 1

---

Jefferson Capital Systems
Name
16 Mcleland Rd
Number    Street

St Cloud        MN    56303
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 5.6 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 3 3 2 9

---

Malcolm S Gerald + Associates
Name
332 S Michigan Ave
Number    Street
Ste 600
Chicago        IL    60604
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.2 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 5 5 8 4

---

Merchants + Medical
Name
6324 Taylor Dr
Number    Street

Flint        MI    48507-4685
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 7.2 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 6 5 7 4

---

Debtor 1   Angela Karec Reed
_____
First Name   Middle Name   Last Name

Case number (if known)_____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

Millennium Credit Consultants
Name
Po Box 18160
Number   Street

West St Paul   MN   55118
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 7.2 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 7 0 0 6

---

Municipal Collections of America
Name
3348 Ridge Rd
Number   Street

Lansing   IL   60438-3412
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 3.2 of (Check one): ☒ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 8 1 7 1

---

Municipal Collections of America
Name
Po Box 327
Number   Street

Palos Heights IL 60463-0327
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 3.1 of (Check one): ☒ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 1 8 0 0

---

NES of Ohio
Name
2479 Edison Blvd
Number   Street
Unit A

Twinsburg   OH 44087-2340
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 6.7 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number C 0 4 7

---

NES of Ohio
Name
2479 Edison Blvd
Number   Street
Unit A

Twinsburg   OH 44087-2340
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 6.5 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number C 0 2 2

---

Palomar Associates
Name
Po Box 2549
Number   Street

Carlsbad   CA   92018-2549
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 7.6 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number P 3 7 0

---

Phoenix Management Systems
Name
Po Box 3972
Number   Street

Minneapolis   MN   55403-0972
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 7.5 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 5 0 1 9

---

Debtor 1   Angela Karee Reed

First Name   Middle Name   Last Name

Case number *(if known)*_____

## Part 3:   List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

RGS

Name

1700 Jay Ell Dr

Number   Street

Ste 200

Richardson   TX   75081

City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.3 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 4 8 0 1

---

Rushmore Service Center

Name

PO Box 5508

Number   Street

Sioux Falls   SD   57117-5508

City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 5.8 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 9 2 0 5

---

Rushmore Service Center

Name

PO Box 5508

Number   Street

Sioux Falls   SD   57117-5508

City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 5.7 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 2 3 9 3

---

Valentine + Kebartas

Name

PO Box 325

Number   Street

Lawrence   MA   01842

City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 51 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 0 0 0 0

---

ARS

Name

PO Box 630 806

Number   Street

Cincinnati   OH   45263-0806

City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 7.8 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 9 4 9 8

---

Name

Number   Street

City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number   Street

City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Debtor 1  Angela Karee Reed
         First Name    Middle Name    Last Name

Case number (if known)_____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

**Total claim**

**Total claims from Part 1**

| | | | | |
|---|---|---|---|---|
| 6a. | **Domestic support obligations** | 6a. | $ | 0 |
| 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 3260.55 |
| 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0 |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $ | 0 |
| 6e. | **Total.** Add lines 6a through 6d. | 6e. | $ | 3260.55 |

**Total claim**

**Total claims from Part 2**

| | | | | |
|---|---|---|---|---|
| 6f. | **Student loans** | 6f. | $ | 119,711.77 |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0 |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ | 25,694.28 |
| 6j. | **Total.** Add lines 6f through 6i. | 6j. | $ | 145,406.05 |

**Fill in this information to identify your case:**

Debtor ___Angela___ ___Karee___ ___Reed___
      First Name      Middle Name      Last Name

Debtor 2 ___Tyrone___ ___William___ ___Reed___
(Spouse If filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| 2.1 Comcast<br>Name<br>P O Box 3001<br>Number  Street<br>Southeaster PA 19398-3001<br>City  State  ZIP Code | contract for cable + internet services |
| 2.2 Jovon Hardy<br>Name<br>6126 S Ada<br>Number  Street<br>Chicago IL 60621<br>City  State  ZIP Code | lease for rent of 785 Aberdeen Dr, Crete IL |
| 2.3 Sprint<br>Name<br>6391 Sprint Parkway<br>Number  Street<br>Overland Park KS 66251-4300<br>City  State  ZIP Code | lease for 2 cell phones |
| 2.4<br>Name<br><br>Number  Street<br><br>City  State  ZIP Code | |
| 2.5<br>Name<br><br>Number  Street<br><br>City  State  ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1 _Angela Karee Reed_
         First Name    Middle Name    Last Name

Debtor 2 _Tyrone William Reed_
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number _____
(If known)

☐ Check if this is an
   amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include* Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number       Street

      _____
      City                    State              ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.** Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:* **Your codebtor**

   *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

   **3.1** _____
         Name
         _____
         Number       Street
         _____
         City                    State              ZIP Code

   ☐ Schedule D, line _____
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____

   **3.2** _____
         Name
         _____
         Number       Street
         _____
         City                    State              ZIP Code

   ☐ Schedule D, line _____
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____

   **3.3** _____
         Name
         _____
         Number       Street
         _____
         City                    State              ZIP Code

   ☐ Schedule D, line _____
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____

Debtor 1   *Angela Karee Reed*

First Name   Middle Name   Last Name

Case number *(if known)*_____

▮ **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

3._

Name

Number   Street

City   State   ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3._

Name

Number   Street

City   State   ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3._

Name

Number   Street

City   State   ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3._

Name

Number   Street

City   State   ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3._

Name

Number   Street

City   State   ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3._

Name

Number   Street

City   State   ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3._

Name

Number   Street

City   State   ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3._

Name

Number   Street

City   State   ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

Fill in this information to identify your case:

| Debtor 1 | ANGELA KAREE REED | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | TYRONE WILLIAM REED | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number (if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. Fill in your employment information. If you have more than one job, attach a separate page with information about additional employers. Include part-time, seasonal, or self-employed work. Occupation may include student or homemaker, if it applies. | Employment status | ☑ Employed ☐ Not employed | ☑ Employed ☐ Not employed |
| | Occupation | FLIGHT ATTENDANT | HANDYMAN |
| | Employer's name | REPUBLIC AIRLINE | SELF |
| | Employer's address | 8909 PURDUE ROAD | 785 ABERDEEN DR |
| | | Number    Street | Number    Street |
| | | SUITE 300 | |
| | | INDIANAPOLIS    IN    46268 | CRETE    IL    60417 |
| | | City    State    ZIP Code | City    State    ZIP Code |
| | How long employed there? | 1 YR 10 MO | 1 YR 10 MO |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 1,173.98 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. + $ 0.00 | + $ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $ 1,173.98 | $ 0.00 |

Debtor 1   ANGELA KAREE REED
           First Name   Middle Name      Last Name

Case number (if known) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here................................................ | → 4. | $ 1,173.98 | $ 0.00 |

**5. List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 60.18 | $ 0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 39.60 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. | $ 210.92 | $ 0.00 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 32.57 | $ 0.00 |
| 5h. Other deductions. Specify: TRAVEL BENEFITS | 5h. +$ 157.14 | + $ 0.00 | |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 500.41 | $ 0.00 |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 673.57 | $ |

**8. List all other income regularly received:**

| | | | |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 625.00 | $ 1,040.00 |
| 8b. Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 740.00 | $ 0.00 |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 221.00 | $ 0.00 |
| 8g. Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. Other monthly income. Specify: _____ | 8h. +$ 0.00 | +$ 0.00 | |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 1,586.00 | $ 0.00 |
| 10. Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,259.57 + | $ 1,040.00 = $ 3,299.57 |

**11. State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____                                        11. + $ 0.00

**12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.**
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies

12. $ 3,299.57
    **Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1    ANGELA KAREE REED
_____First Name_____Middle Name_____Last Name

Debtor 2    TYRONE WILLIAM REED
(Spouse, if filing)  First Name_____Middle Name_____Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(if known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13
    expenses as of the following date:

    _____
    MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
|---|---|

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**

      ☑ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent......................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| SON | 15 | ☐ No ☑ Yes |
| DAUGHTER | 14 | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
|---|---|

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 906.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |

Debtor 1    ANGELA KAREE REED

First Name    Middle Name    Last Name

Case number *(if known)*_____

| | | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. **Utilities:** | | |
|    6a.  Electricity, heat, natural gas | 6a. | $ 270.00 |
|    6b.  Water, sewer, garbage collection | 6b. | $ 50.00 |
|    6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 280.00 |
|    6d.  Other. Specify: CABLE & INTERNET | 6d. | $ 190.00 |
| 7. **Food and housekeeping supplies** | 7. | $ 300.00 |
| 8. **Childcare and children's education costs** | 8. | $ 15.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 50.00 |
| 10. **Personal care products and services** | 10. | $ 50.00 |
| 11. **Medical and dental expenses** | 11. | $ 0 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 150.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 0 |
| 14. **Charitable contributions and religious donations** | 14. | $ 0 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
|    15a.  Life insurance | 15a. | $ 23.00 |
|    15b.  Health insurance | 15b. | $ 0.00 |
|    15c.  Vehicle insurance | 15c. | $ 140.00 |
|    15d.  Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:_____ | 16. | $ 0.00 |
| 17. **Installment or lease payments:** | | |
|    17a.  Car payments for Vehicle 1 | 17a. | $ 253.00 |
|    17b.  Car payments for Vehicle 2 | 17b. | $ 0.00 |
|    17c.  Other. Specify:_____ | 17c. | $ 0.00 |
|    17d.  Other. Specify:_____ | 17d. | $ 0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $   |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $   |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
|    20a.  Mortgages on other property | 20a. | $ 0.00 |
|    20b.  Real estate taxes | 20b. | $ 0.00 |
|    20c.  Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
|    20d.  Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
|    20e.  Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1    ANGELA KAREE REED

First Name    Middle Name    Last Name

Case number *(if known)*_____

21. **Other**. Specify: _____    21.  +$_____ 0

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.    22a.  $_____ 2677

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.  $_____ 0.00

22c. Add line 22a and 22b. The result is your monthly expenses.    22c.  $_____ 2677

23. **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.  $_____ 3,299.57

23b. Copy your monthly expenses from line 22c above.    23b.  −$_____ 2677.00

23c. Subtract your monthly expenses from your monthly income.    23c.  $_____ 622.57
The result is your *monthly net income*.

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here:

page 3

Official Form 106J    **Schedule J: Your Expenses**

**Fill in this information to identify your case:**

Debtor 1    Angela        Karec        Reed
            First Name    Middle Name  Last Name

Debtor 2    Tyrone        William      Reed
(Spouse, if filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the:  Northern District of Illinois

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
   expenses as of the following date:
   _____
   MM / DD / YYYY

## Official Form 106J-2

# Schedule J-2: Expenses for Separate Household of Debtor 2    12/15

Use this form for Debtor 2's separate household expenses ONLY IF Debtor 1 and Debtor 2 maintain separate households. *If Debtor 1 and Debtor 2 have one or more dependents in common, list the dependents on both Schedule J and this form. Answer the questions on this form only with respect to expenses for Debtor 2 that are not reported on Schedule J.* Be as complete and accurate as possible. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. Do you and Debtor 1 maintain separate households?

   ☑ No. Do not complete this form.
   ☐ Yes

2. **Do you have dependents?**

   Do not list Debtor 1 but list all other dependents of Debtor 2 regardless of whether listed as a dependent of Debtor 1 on Schedule J.

   Do not state the dependents' names.

   ☐ No
   ☐ Yes. Fill out this information for each dependent.........................

   | Dependent's relationship to Debtor 2: | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. Do your expenses include expenses of people other than yourself, your dependents, and Debtor 1?

   ☐ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|   |   | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $_____ |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $_____ |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $_____ |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $_____ |
| 4d. | Homeowner's association or condominium dues | 4d. $_____ |

Debtor 1 _____   Case number *(if known)*_____
First Name      Middle Name         Last Name

**Your expenses**

5.  **Additional mortgage payments for your residence,** such as home equity loans         5.   $_____

6.  **Utilities:**

   6a.   Electricity, heat, natural gas         6a.   $_____

   6b.   Water, sewer, garbage collection         6b.   $_____

   6c.   Telephone, cell phone, Internet, satellite, and cable services         6c.   $_____

   6d.   Other. Specify: _____         6d.   $_____

7.  **Food and housekeeping supplies**         7.   $_____

8.  **Childcare and children's education costs**         8.   $_____

9.  **Clothing, laundry, and dry cleaning**         9.   $_____

10.  **Personal care products and services**         10.   $_____

11.  **Medical and dental expenses**         11.   $_____

12.  **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.         12.   $_____

13.  **Entertainment, clubs, recreation, newspapers, magazines, and books**         13.   $_____

14.  **Charitable contributions and religious donations**         14.   $_____

15.  **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.   Life insurance         15a.   $_____

   15b.   Health insurance         15b.   $_____

   15c.   Vehicle insurance         15c.   $_____

   15d.   Other insurance. Specify:_____         15d.   $_____

16.  **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____         16.   $_____

17.  **Installment or lease payments:**

   17a.   Car payments for Vehicle 1         17a.   $_____

   17b.   Car payments for Vehicle 2         17b.   $_____

   17c.   Other. Specify:_____         17c.   $_____

   17d.   Other. Specify:_____         17d.   $_____

18.  **Your payments of alimony, maintenance, and support that you did not report as deducted from
your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).**         18.   $_____

19.  **Other payments you make to support others who do not live with you.**
Specify:_____         19.   $_____

20.  **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*

   20a.   Mortgages on other property         20a.   $_____

   20b.   Real estate taxes         20b.   $_____

   20c.   Property, homeowner's, or renter's insurance         20c.   $_____

   20d.   Maintenance, repair, and upkeep expenses         20d.   $_____

   20e.   Homeowner's association or condominium dues         20e.   $_____

Debtor 1 _____    Case number *(if known)*_____
　　　　　　First Name　　Middle Name　　　Last Name

21.  **Other**. Specify: _____    21.　**+$**_____

22.  **Your monthly expenses.**  Add lines 5 through 21.
     The result is the monthly expenses of Debtor 2.  Copy the result to line 22b of Schedule J to calculate the    22.　**$**_____
     total expenses for Debtor 1 and Debtor 2.

23.  Line not used on this form.

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ❏ No.
     ❏ Yes.　　Explain here:

**Fill in this information to identify your case:**

Debtor 1     Angela Karen Reed
             First Name        Middle Name        Last Name

Debtor 2     Tyrone William Reed
(Spouse, if filing) First Name  Middle Name        Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(If known)  _____

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ _Angel Reed_                          ✗ _T. Reed_
Signature of Debtor 1                      Signature of Debtor 2

Date 4/24/2018                            Date 4/24/2018
    MM / DD / YYYY                            MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1   Angela Karee Reed
           First Name       Middle Name       Last Name

Debtor 2   Tyrone William Reed
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the:  Northern District of Illinois

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number   Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City   State   ZIP Code | | _____ City   State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number   Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City   State   ZIP Code | | _____ City   State   ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2:  Explain the Sources of Your Income

Debtor 1    Angela Karee Reed
_____
First Name    Middle Name    Last Name

Case number (if known)_____

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips ☑ Operating a business | $ 8555.02 | ☐ Wages, commissions, bonuses, tips ☑ Operating a business | $ 6400.00 |
| **For last calendar year:** (January 1 to December 31, 2017 ) YYYY | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | $ 14930.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ 0 |
| **For the calendar year before that:** (January 1 to December 31, 2016 ) YYYY | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | $ 12973.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ 0 |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Social Security survivor benefit for Jakaila Marshall | $ _____ $ _____ $ 2960 | | $ 0 $ _____ $ _____ |
| **For last calendar year:** (January 1 to December 31, 2017 ) YYYY | Same as above | $ _____ $ _____ $ 8700 | | $ _____ $ 0 $ _____ |
| **For the calendar year before that:** (January 1 to December 31, 2016 ) YYYY | Same as above | $ _____ $ _____ $ 8532 | | $ _____ $ 0 $ _____ |

Debtor 1 _Angela Karee Reed_
First Name   Middle Name   Last Name

Case number (if known)_____

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Creditor's Name | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Number   Street | _____ | | | |
| City   State   ZIP Code | | | | |
| Creditor's Name | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Number   Street | _____ | | | |
| City   State   ZIP Code | | | | |
| Creditor's Name | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Number   Street | | | | |
| City   State   ZIP Code | | | | |

Debtor 1  _Angela Karee Reed_____
            First Name    Middle Name    Last Name

Case number (if known)_____

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | _____ | | | |
| City          State    ZIP Code | | | | |
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | | | | |
| City          State    ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | | | | |
| City          State    ZIP Code | | | | |
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | | | | |
| City          State    ZIP Code | | | | |

Debtor 1    _Angela Karec Reed_____    Case number *(if known)*_____
First Name    Middle Name    Last Name

---

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☑ No
☐ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title_____ | | Court Name | ☐ Pending |
| _____ | | | ☐ On appeal |
| | | Number    Street | ☐ Concluded |
| Case number _____ | | City    State    ZIP Code | |
| Case title_____ | | Court Name | ☐ Pending |
| _____ | | | ☐ On appeal |
| | | Number    Street | ☐ Concluded |
| Case number _____ | | City    State    ZIP Code | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☑ Yes. Fill in the information below.

| Describe the property | Date | Value of the property |
|---|---|---|
| _Capital One Auto Finance_ 2007 Ford Focus | | |
| Creditor's Name    VIN 1FAHP34N77W192150 | 4/19/2018 $ 3025.00 |
| _7933 Preston Rd_ | | |
| Number    Street    **Explain what happened** | | |
| | ☑ Property was repossessed. | |
| _Plano    TX    75024_ | ☐ Property was foreclosed. | |
| City    State    ZIP Code | ☐ Property was garnished. | |
| | ☐ Property was attached, seized, or levied. | |

| Describe the property | Date | Value of the property |
|---|---|---|
| | | $ |
| Creditor's Name | | |
| | | |
| Number    Street    **Explain what happened** | | |
| | ☐ Property was repossessed. | |
| | ☐ Property was foreclosed. | |
| City    State    ZIP Code | ☐ Property was garnished. | |
| | ☐ Property was attached, seized, or levied. | |

Debtor 1   _Angela Karee Reed_____    Case number (if known)_____
           First Name   Middle Name   Last Name

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's Name | | | |
| _____ Number    Street | | _____ | $_____ |
| _____ City        State   ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

## Part 5:   List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____ Number    Street | | | |
| _____ City        State   ZIP Code | | | |
| Person's relationship to you   _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____ Number    Street | | | |
| _____ City        State   ZIP Code | | | |
| Person's relationship to you   _____ | | | |

Debtor 1 _Angela Karee Reed_
First Name    Middle Name    Last Name

Case number (if known)_____

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | _____ | $_____ |
| Charity's Name | | _____ | $_____ |
| Number    Street | | | |
| City    State    ZIP Code | | | |

---

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

---

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | $_____ |
| Number    Street | | _____ | $_____ |
| City    State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 7

Debtor 1    _Angela_ _Karec_ _Reed_____    Case number (if known)_____
            First Name    Middle Name    Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____ Person Who Was Paid | | | |
| | | _____ | $_____ |
| _____ Number    Street | | | |
| | | _____ | $_____ |
| _____ | | | |
| _____ City    State    ZIP Code | | | |
| _____ Email or website address | | | |
| _____ Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____ Person Who Was Paid | | | |
| | | _____ | $_____ |
| _____ Number    Street | | | |
| | | _____ | $_____ |
| _____ | | | |
| _____ City    State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| _____ Person Who Received Transfer | | | |
| | | | _____ |
| _____ Number    Street | | | |
| _____ | | | |
| _____ City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |
| _____ Person Who Received Transfer | | | |
| | | | _____ |
| _____ Number    Street | | | |
| _____ | | | |
| _____ City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

Debtor 1 _Angela Karee Reed_____
          First Name   Middle Name   Last Name

Case number (if known)_____

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | . . . . . . . . . . . . . . | _____ |
| _____ | | |

---

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| BMO Harris Bank<br>Name of Financial Institution<br>111 W Monroe St<br>Number   Street<br>Chicago IL 60603<br>City   State   ZIP Code | XXXX–5 6 0 3 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 01/23/2018 | $ ‾284.16 |
| _____<br>Name of Financial Institution<br>_____<br>Number   Street<br>_____<br>City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____<br>Name of Financial Institution<br>_____<br>Number   Street<br>_____<br>City   State   ZIP Code | _____<br>Name<br>_____<br>Number   Street<br>_____<br>City   State   ZIP Code | | ☐ No<br>☐ Yes |

Debtor 1    Angela Karee Reed

First Name    Middle Name    Last Name

Case number (if known) _____

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

|  | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
|  |  |  | ☐ No |
|  |  |  | ☐ Yes |
| _____ Name of Storage Facility | _____ Name |  |  |
| _____ Number    Street | _____ Number    Street |  |  |
| _____ City    State    ZIP Code | _____ City  State  ZIP Code |  |  |

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

|  | Where is the property? | Describe the property | Value |
|---|---|---|---|
|  |  |  | $_____ |
| _____ Owner's Name | _____ Number    Street |  |  |
| _____ Number    Street | _____  |  |  |
| _____ City    State    ZIP Code | _____ City    State    ZIP Code |  |  |

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

▪ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

▪ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

▪ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

|  | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
|  |  |  | _____ |
| _____ Name of site | _____ Governmental unit |  |  |
| _____ Number    Street | _____ Number    Street |  |  |
| _____ City    State    ZIP Code | _____ City    State    ZIP Code |  |  |

Debtor 1 _Angela Karec Reed_
First Name    Middle Name    Last Name

Case number *(if known)* _____

25. Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name of site | Governmental unit | | |
| _____ | _____ | | |
| Number   Street | Number   Street | | |
| _____ | _____ | | |
| City         State    ZIP Code | City         State    ZIP Code | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | _____ | | ☐ Pending |
| | Court Name | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |
| | Number   Street | | |
| Case number _____ | _____ | | |
| | City         State    ZIP Code | | |

## Part 11:    Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| _____ | | Do not include Social Security number or ITIN. |
| Business Name | | |
| _____ | | EIN: ___ ___ - ___ ___ ___ ___ ___ ___ ___ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| _____ | | |
| _____ | | From _____ To _____ |
| City         State    ZIP Code | Describe the nature of the business | Employer Identification number |
| _____ | | Do not include Social Security number or ITIN. |
| Business Name | | |
| _____ | | EIN: ___ ___ - ___ ___ ___ ___ ___ ___ ___ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| _____ | | |
| _____ | | From _____ To _____ |
| City         State    ZIP Code | | |

Debtor 1 _Angela Karee Reed_____
          First Name   Middle Name   Last Name

Case number (if known)_____

Describe the nature of the business

Employer Identification number
Do not include Social Security number or ITIN.

Business Name _____

EIN: __ __ – __ __ __ __ __ __ __

Number   Street _____

Name of accountant or bookkeeper

Dates business existed

_____

From _____ To _____

City _____ State _____ ZIP Code

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ No
☐ Yes. Fill in the details below.

Date issued

Name _____

MM / DD / YYYY

Number   Street _____

_____

City _____ State _____ ZIP Code

## Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _Angela Reed_____     ✗ _T. R_____

Signature of Debtor 1                Signature of Debtor 2

Date _4/24/18_____                  Date _4/24/18_____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☐ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).